UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MERT BUYMAYAN,<br><br>                           Plaintiff,<br>v.<br><br>WESTLAND REAL ESTATE GROUP,<br><br>                           Defendant. | Case No. 2:25-cv-00728-ART-BNW<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

     *Pro se* Plaintiff Mert Buymayan filed this lawsuit against Westland Real Estate Group in April 2025. (ECF No. 1.) The Court dismissed the complaint without prejudice and warned that failure to file an amended complaint would result in a recommendation that the case be dismissed. (ECF No. 3.) Plaintiff did not file an amended complaint. Magistrate Judge Brenda Weksler issued a report and recommendation ("R&R") recommending that the case be dismissed without prejudice and closed. (ECF No. 5.) Plaintiff did not object.

     Under the Federal Magistrates Act, a Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

     Plaintiff has not filed an objection to Judge Weksler's report and recommendation and his time to do so has now expired. (ECF No. 5.)

1

**Conclusion**

The Court therefore adopts Judge Weksler's report and recommendation (ECF No. 5) in full.

Accordingly, the Court dismisses this action without prejudice. The Clerk of the Court is directed to enter judgment accordingly and close the case.

DATED: August 6, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2